(100 South. 922)

AMERICAN INS. CO. v. Maye NEWBERRY. (3 Div. 666.) (Supreme Court of Alabama. May 29, 1924. Rehearing Denied June 30, 1924.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. Rushton, Crenshaw & Rushton, of Montgomery, for appellant. Hill, Hill, Whiting, Thomas & Rives, of Montgomery, for appellee.

PER CURIAM. All justices concur in the conclusion that the trial court properly refused the general charge requested by the defendant. A majority of the court, however, composed of SAYRE, GARDNER, MILLER, and BOULDIN, JJ., hold that the trial court erred in not granting the plaintiff a new trial because the verdict was contrary to the great weight of the evidence, and the judgment of the circuit court is reversed, and the cause is remanded. Reversed and remanded.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., dissent.

---

(100 South. 922)

BANK OF LUVERNE v. J. Claude REDDOCH et al. (4 Div. 94.) (Supreme Court of Alabama. May 22, 1924.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge. Frank B. Bricken, of Luverne, and Powell & Hamilton, of Greenville, for appellant. James J. Mayfield, of Montgomery, for appellees.

PER CURIAM. This is the second appeal in this case, and the decree from which this appeal was taken conformed to the opinion of the court. 207 Ala. 297, 92 South. 848, 25 A. L. R. 381. This appeal, therefore, involves the soundness of said opinion, and is in the nature of a second application for rehearing. The former appeal was carefully considered by the section of the court then sitting on the original hearing and upon rehearing and has been duly considered by the other section, before whom the second appeal was argued, and while we are not unmindful of section 5965 of the Code, providing that the former opinion must not be regarded as conclusive, we think that the same is sound and adhere thereto. The decree of the circuit court is affirmed. Affirmed.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

---

(99 South. 923)

Alton BELL v. STATE. (1 Div. 261.) (Supreme Court of Alabama. Feb. 7, 1924.) Appeal from Circuit Court, Monroe County; John D. Leigh, Judge. Paul M. Page, of Evergreen, and R. L. Jones and A. C. Lee, both of Monroeville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BOULDIN, J. There being no bill of exceptions in this case, and no error appearing on the record, the judgment is affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

(100 South. 923)

BIRMINGHAM LAND & MORTGAGE CO. v. STATE. (6 Div. 136.) (Supreme Court of Alabama. May 22, 1924.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge. Beddow & Oberdorfer and Z. T. Rudolph, all of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.

---

(99 South. 923)

Ex parte Ed BLACKSTONE. (6 Div. 124.) (Supreme Court of Alabama. April 17, 1924.) Certiorari to Court of Appeals. W. F. Finch, of Jasper, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Ed Blackstone for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Blackstone v. State, 19 Ala. App. 582, 99 South. 323. Writ denied.

---

(100 South. 923)

Thomas J. BOOZER v. Benj. F. ELMORE. (2 Div. 840.) (Supreme Court of Alabama. May 15, 1924.) Appeal from Circuit Court, Marengo County; John McKinley, Judge.

PER CURIAM. Affirmed on certificate.